■ In the Matter of JP Morgan Chase Bank, N.A., Successor by Merger to the Chase Manhattan Bank and Another, Successor in Interest to Lincoln First Bank, N.A., Successor by Consolidation to Lincoln First Bank of Rochester, as Trustee under the Trust Agreement Dated May 23, 1932 by Alvah G. Strong, Deceased, and Pursuant to the Exercise of the Power of Appointment under Paragraph Ninth of the Will of Marjorie H. Strong, Deceased, for the Benefit of Marjorie Strong Wehle, Deceased, Appellant-Respondent. (Proceeding No. 1.) In the Matter of JP Morgan Chase Bank, N.A., Successor by Merger to the Chase Manhattan Bank and Another, Successor

in Interest to LINCOLN FIRST BANK, N.A., Successor by Consolidation to LINCOLN FIRST BANK OF ROCHESTER, as Trustee under Paragraph 22 (B) (4) of the Will of ALVAH G. STRONG, Deceased, for the Benefit of MARJORIE STRONG WEHLE, Deceased, Appellant-Respondent. (Proceeding No. 2.) In the Matter of JP MORGAN CHASE BANK, N.A., Successor by Merger to the CHASE MANHATTAN BANK and Another, Successor in Interest to LINCOLN FIRST BANK, N.A., Successor by Consolidation to LINCOLN FIRST BANK OF ROCHESTER, as Trustee under Paragraph Fourth of the Will of ALVAH G. STRONG, Deceased, for the Benefit of MARJORIE STRONG WEHLE, Deceased, Appellant-Respondent. (Proceeding No. 3.) In the Matter of JP MORGAN CHASE BANK, N.A., Successor by Merger to CHASE MANHATTAN BANK and Another, Successor in Interest to LINCOLN FIRST BANK, N.A., Successor by Consolidation to LINCOLN FIRST BANK OF ROCHESTER, as Trustee under Paragraph Tenth of the Will of MARJORIE H. STRONG, Deceased, for the Benefit of MARJORIE STRONG WEHLE, Deceased, Appellant-Respondent. (Proceeding No. 4.) CHARLES WEHLE et al., Respondents-Appellants. (Appeal No. 1.) [19 NYS3d 447]—Appeal and cross appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered November 26, 2013. The order, inter alia, determined that petitioner should be surcharged and denied the request of objectants for attorneys' fees.

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.